UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14025-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**BRENDA MINER,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 51]. On December 15, 2021, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 48] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF No. 49; ECF No. 50]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the Indictment, that the Court find Defendant to have freely and voluntarily entered her guilty plea, and that the Court adjudicate her guilty of the Indictment [ECF No. 51]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 51] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Brenda Miner as to the sole count of the Indictment is **ACCEPTED**.

CASE NO. 21-14025-CR-CANNON

3. Defendant Brenda Miner is adjudicated guilty of the sole count of the Indictment, which charges her with possession with intent to distribute fifty (50) grams or more of methamphetamine (actual), in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii).

4. The parties agree that Defendant reserves her right to appeal the Fourth Amendment issue raised in her Motion to Suppress Physical Evidence [ECF No. 32], that is, whether law enforcement had probable cause to stop the vehicle the Defendant was driving on October 2, 2020 [ECF No. 49 ¶2]. If Defendant prevails on appeal, she shall be allowed to withdraw/vacate her plea of guilty to the Indictment.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 30th day of December 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record